### 30967. ATLANTA, BIRMINGHAM & COAST RAILROAD COMPANY v. HUTCHESON.

GARDNER, J. The recovery sought in this case, being based upon the same transaction and being controlled by the same principles of law as the right of recovery in *Atlanta, Birmingham & Coast Railroad Company* v. *Hutcheson*, ante, the decision in the latter case is controlling in this case.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED OCTOBER 12, 1945.

*Brandon, Matthews, Long & Nall, R. A. Moore,* for plaintiff in error.
*D. C. Sapp, M. D. Dickerson, Marshall Ewing,* contra.